SELLS *et al.* v. State *ex rel.* WYBRANT, *Co. Atty.*

No. 4336. Opinion Filed April 20, 1915.

(148 Pac. 138.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.** Where plaintiff in error fails and neglects to file briefs in a cause, as required by court rule 7 (38 Okla. vi 95 Pac. vii), the cause will be dismissed.

(Syllabus by Collier, C.)

*Error from County Court, Woodward County;*

*Clyde H. Wyand, Judge.*

Action by the State, on the relation of O. C. Wybrant, County Attorney of Woodward County, against Julia C. Sells and another. Judgment for relator, and defendants bring error. Appeal dismissed.

*Hoover, Cowgill & Swindall,* for plaintiffs in error.

*O. C. Wybrant,* Co. Atty., *pro se.*

COLLIER, C.   This is an action begun by the state on relation of O. C. Wybrant, county attorney of Woodward county, against Julia C. Sells and John Lennington for an injunction to abate a common nuisance in the town of Supply.   Upon the final hearing of the cause in the county court of said county, it was ordered that said nuisance be abated, and from said order this appeal is taken.

Each plaintiff and defendant in error has failed to filed briefs.   Rule 7 of this court requires briefs to be filed in causes; and, since neither plaintiff in error nor defendant in error has filed a brief in this case, the appeal should be dismissed. *Turner Hdw. Co. v. John Deere Plow Co.,* 39 Okla. 633, 136 Pac. 417.

By the Court: It is so ordered.